**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SLEP-TONE ENTERTAINMENT
CORPORATION,

    Plaintiff,

v.                                          Case No: 8:12-cv-1443-T-30EAJ

JEFFREY LEVY,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. #17). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of August, 2013.

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1443 dismiss 17.docx